## 35688. GILBERT v. CARLOS.

The opinion of the trial court is affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

ARGUED JANUARY 15, 1980 — DECIDED MARCH 18, 1980 —
REHEARING DENIED APRIL 8, 1980.

*Preston L. Holland, John H. Ridley,* for appellant.
*Virginia Taylor, Thomas C. Harney,* for appellee.